UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| HALIE SIMIEN | Civil Action No. 6:21-3135 |
| versus | Judge Summerhays |
| ROYAL FREIGHT, LP, ET AL. | Magistrate Judge Carol B. Whitehurst |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and considering the lack of written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED THAT that the Motion for Leave to File First Supplemental and Amending Complaint [Doc. 10] is GRANTED, and this matter is REMANDED to the 13th Judicial District Court for the Parish of Evangeline, Louisiana.

THUS DONE AND SIGNED at Lafayette, Louisiana, this the 19th day of November, 2021.

UNITED STATES DISTRICT JUDGE